IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALPHONZO L. TUCKER | ) | Case No. 09-14345 BLS |
| JOANNE TUCKER, | ) | Chapter 13 |
| | ) | **Hearing Date :**  Aug. 30, 2010 |
| Debtors. | ) | **Response Date:**  Aug. 10, 2010 |

### ORDER

AND NOW, TO WIT, this 25th day of August, 2010, the Court having heard the Debtors' Objection to Proof of Claim #10 filed by HSBC Bank Nevada, N.A., and any response having been filed thereto,

IT IS SO ORDERED that the Debtors' Objection is hereby **GRANTED** and Claim #10 filed by HSBC Bank Nevada, N.A., is deemed to be totally unsecured rather than partially secured.

_____
UNITED STATES BANKRUPTCY JUDGE